UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-01144-RGK-JPR | Date | May 18, 2021 |
|---|---|---|---|
| Title | *Dillon Bruno et al v. The Partnership and Unincorporated Associations Identified on Schedule A* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order Re: Dismissing Without Prejudice Plaintiffs' Complaint

On February 9, 2021, Dillon Bruno and Caliber8 (collectively, "Plaintiffs") sued "The Partnership and Unincorporated Associations Identified on Schedule 'A'" for patent infringement and various violations of California's Business and Professions Code. Schedule A contains the name of four sellers, their Amazon aliases, and links to their Amazon addresses (collectively, "Defendants").

On May 12, 2021, the Court issued an Order to Show Cause ("OSC") why the case should not be dismissed for lack of prosecution as Plaintiffs had not yet filed any proof that they had served Defendants. (OSC, ECF No. 9). The OSC directed Plaintiffs to file "[p]roof of timely service of summons and complaint as to all defendants (last day to serve was May 10, 2021) . . . on or before the date indicated above, the court will consider this a satisfactory response to the Order to Show Cause." (*Id.*) The OSC also warned that "[i]f a satisfactory response is not filed by the date listed above, the matter will be dismissed for lack of prosecution." (*Id.*)

Plaintiffs responded the next day. (OSC Response, ECF No. 10). In it, Plaintiffs' attorney represented that he had "emailed the summons and complaint along with a waiver of the service of summons to each of the Defendants named in this action" on March 4, 2021 and attached screenshots of the emails. (*Id.* ¶ 6; Exhibit A). Plaintiffs' counsel also stated that he has requested more information on Defendants from Amazon, but Amazon has not responded. (*Id.* ¶ 7). Finally, Plaintiffs asked the Court to provide them with another 100 days to complete service. (*Id.* ¶ 11).

Upon review of this response, Plaintiffs have not adequately complied with the OSC. For one, Plaintiffs attach four screenshots purporting to show that they emailed the summons and complaint to Defendants. But the screenshots include no link to the summons and the complaint. Two, Plaintiffs state

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-01144-RGK-JPR | Date | May 18, 2021 |
| Title | *Dillon Bruno et al v. The Partnership and Unincorporated Associations Identified on Schedule A* | | |

that Defendants are in China, so to serve Defendants, they must comply with Federal Rule of Civil Procedure 4(f), which applies to service in a foreign country.[1]

Rule 4(f)(1), which permits service by means authorized by international agreements like the Hague Convention, does not apply because service by email is not authorized under the Hague Convention, although it does not prohibit it. Fed. R. Civ. P. 4(f)(1); *Keck v. Alibaba.com, Inc.*, 2018 WL 10820533, at *2–3 (N.D. Cal. Dec. 20, 2017).

Rule 4(f)(2) would also not apply since the Hague Convention is an "internationally agreed means." *Microsoft Corp. v. Goldah.com Network Technology Co., Ltd.*, No. 17-CV-02826, 2017 WL 4536417, at *3 n.1 (N.D. Cal. Oct. 11, 2017).

Thus, for Plaintiffs to serve Defendants by electronic means, they needed the Court's permission. Fed. R. Civ. P. 4(f)(3). Yet they never made any such request. Plaintiffs attempted service by email is therefore inappropriate and does not comply with the Court's OSC.

As a result, the Court **dismisses without prejudice** the action for lack of prosecution.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer

_____

---

[1] Federal Rule of Civil Procedure ("Rule") 4(h) applies the service requirements of 4(f) on corporations, partnerships, and associations. Fed. R. Civ. P. 4(h).